IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIQUIDNET, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>ITG, INC. and THE MACGREGOR GROUP, INC.,<br><br>      Defendants. | Civil Action No. 06-703<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Michael A. Nicodema, Esquire, of the law firm of Greenberg Traurig, LLP, to represent the Plaintiff.

Dated: November 29, 2006

By: _____
Titania R. Mack (#4120)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel.: (302) 661-7000
Fax: (302) 661-7360

Attorneys for Plaintiff Liquidnet, Inc.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Michael A. Nicodema, Esq.
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2006

_____
United States District Court Judge