AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## District of Delaware

| | |
|---|---|
| LIQUIDNET, INC. | SUMMONS IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| INVESTMENT TECHNOLOGY GROUP, INC., ITG SOLUTIONS NETWORK, INC., and THE MACGREGOR GROUP, INC. | CASE NUMBER: 06-06-703 |
| Defendants. | |

TO: (Name and address of Defendant)

> ITG Solutions Network, Inc.
> c/o National Registered Agents, Inc.
> 160 Greentree Drive, Suite 101
> Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

> Donald J. Detweiler, Esq.
> GREENBERG TRAURIG LLP
> The Nemours Building
> 1007 North Orange Street
> Suite 1200
> Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve upon the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    JAN 0 8 2007
_____                  _____
CLERK                                              Date

_[signature]_
_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 1/8/07 |
|---|---|
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: ITG SOLUTIONS NETWORK, INC C/O NATIONAL REGISTERED AGENTS AT 160 GREENTREE DR. DOVER, DE COPIES THEREOF WERE ACCEPTED BY DEBRA SEALUND AT 4:00PM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/8/07
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.