AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## District of Delaware

| | |
|---|---|
| **LIQUIDNET, INC.** | **SUMMONS IN A CIVIL CASE** |
| **Plaintiff,** | |
| v. | |
| **INVESTMENT TECHNOLOGY GROUP, INC.,** <br> **ITG SOLUTIONS NETWORK, INC.,** <br> **and THE MACGREGOR GROUP, INC.** | CASE NUMBER: 06-06-703 |
| **Defendants.** | |

TO: (Name and address of Defendant)

> The MacGregor Group, Inc.
> c/o The Corporation Trust Company
> Corporation Trust Center
> 1209 Orange Street
> Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

> Donald J. Detweiler, Esq.
> GREENBERG TRAURIG LLP
> The Nemours Building
> 1007 North Orange Street
> Suite 1200
> Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve upon the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                             JAN 0 8 2007
_____             _____
CLERK                                       Date

_[signature]_
_____
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>1/8/07 |
| NAME OF SERVER (PPJNT)<br>BARRY EVELAND | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: THE MACGREGOR GROUP, INC C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA AT 4:00PM

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/8/07
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.