IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIQUIDNET, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INVESTMENT TECHNOLOGY GROUP, INC., ITG SOLUTIONS NETWORK, INC., and THE MACGREGOR GROUP, INC.,<br><br>Defendants. | Civil Action No. 06-06-703<br><br>**Jury Trial Demanded** |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that Plaintiff Liquidnet, Inc., by and through its undersigned counsel, hereby dismisses this action without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and expenses, including attorneys' fees incurred in this action.

By: _____
Donald J. Detweiler (# 3087)
Titania R. Mack (# 4120)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
Tel.: (302) 661-7000
Fax: (302) 661-7360

*Attorneys for Plaintiff Liquidnet, Inc.*

OF COUNSEL:

Michael A. Nicodema (*pro hac vice*)
Barry J. Schindler (*pro hac vice*)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, N.Y. 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400

Dated: January 26, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIQUIDNET, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>INVESTMENT TECHNOLOGY GROUP, INC., ITG SOLUTIONS NETWORK, INC., and THE MACGREGOR GROUP, INC.,<br><br>    Defendants. | Civil Action No. 06-06-703<br><br>**Jury Trial Demanded** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Voluntary Dismissal was caused to be served on January 26, 2007 on the following counsel in the manner indicated below:

*Via First Class Mail*

  ITG Solutions Network, Inc.
  c/o National Registered Agents, Inc.
  160 Greentree Drive, Suite 101
  Dover, DE 19904

  The MacGregor Group, Inc.
  c/o The Corporation Trust Company
  Corporation Trust Center
  1209 Orange Street
  Wilmington, DE 19801

  Investment Technology Group, Inc.
  c/o The Corporation Trust Company
  Corporation Trust Center
  1209 Orange Street
  Wilmington, DE 19801

            /s/ Titania R. Mack
            Titania R. Mack (#4120)

DEL-FS1\165613v01