✎ AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ Delaware _____ on the following    X Patents or    ☐ Trademarks:

| DOCKET NO.<br>06cv703 | DATE FILED<br>11/21/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Liquidnet Inc. | | DEFENDANT<br>ITG Inc., MacGregor Group Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 7,136,834 B1 | 11/14/06 | Liquidnet Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Notice of Voluntary Dismissal Attached. |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br>November 21, 2006 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LIQUIDNET, INC.,

               Plaintiff,

       v.

INVESTMENT TECHNOLOGY GROUP,
INC., ITG SOLUTIONS NETWORK, INC.,
and THE MACGREGOR GROUP, INC.,

               Defendants.

Civil Action No. 06-06-703

**Jury Trial Demanded**

## NOTICE OF VOLUNTARY DISMISSAL

        PLEASE TAKE NOTICE, that Plaintiff Liquidnet, Inc., by and through its

undersigned counsel, hereby dismisses this action without prejudice, pursuant to Rule

41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and

expenses, including attorneys' fees incurred in this action.

By: _____
    Donald J. Detweiler (# 3087)
    Titania R. Mack (# 4120)
    GREENBERG TRAURIG, LLP
    The Nemours Building
    1007 North Orange Street
    Suite 1200
    Wilmington, Delaware 19801
    Tel.: (302) 661-7000
    Fax: (302) 661-7360

    *Attorneys for Plaintiff Liquidnet, Inc.*

OF COUNSEL:

Michael A. Nicodema (*pro hac vice*)
Barry J. Schindler (*pro hac vice*)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, N.Y. 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400

Dated: January 26, 2007

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LIQUIDNET, INC.,

                Plaintiff,

         v.                      Civil Action No. 06-06-703

INVESTMENT TECHNOLOGY GROUP,    **Jury Trial Demanded**
INC., ITG SOLUTIONS NETWORK, INC.,
and THE MACGREGOR GROUP, INC.,

                Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Voluntary Dismissal was caused to be

served on January 26, 2007 on the following counsel in the manner indicated below:

*Via First Class Mail*

        ITG Solutions Network, Inc.
        c/o National Registered Agents, Inc.
        160 Greentree Drive, Suite 101
        Dover, DE 19904

        The MacGregor Group, Inc.
        c/o The Corporation Trust Company
        Corporation Trust Center
        1209 Orange Street
        Wilmington, DE 19801

        Investment Technology Group, Inc.
        c/o The Corporation Trust Company
        Corporation Trust Center
        1209 Orange Street
        Wilmington, DE 19801

                                Titania R. Mack (#4120)